```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 09480
    RICHARD SCHULTZ
    JANICE SCHULTZ                              CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

            Debtor
    SSN XXX-XX-4052      SSN XXX-XX-7354
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 03/10/04 and confirmed on 06/30/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  35700.00 .

    4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| WASHINGTON MUTUAL BANK | CURRENT MORTG | .00 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10517.23 | .00 | 5498.16 |
| ROUNDUP FUNDING LLC | UNSECURED | 11583.47 | .00 | 6055.56 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12892.26 | .00 | 6739.77 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 10723.44 | .00 | 5605.95 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 12869.46 | .00 | 6727.84 |
| CUSHMAN & WAKEFIELD OF I | UNSECURED | NOT FILED | .00 | .00 |
| SBC AMERITECH | UNSECURED | NOT FILED | .00 | .00 |
| VAN RU CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| LAW OFFICE OF JOHN J LYN | REIMBURSEMENT | 12.00 | .00 | 12.00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | .00 | 12.00 | 58585.86 | .00 | 58597.86 |
| PRINCIPAL PAID | .00 | 12.00 | 30627.28 | .00 | 30639.28 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 12.00 | 30627.28 | .00 | 30639.28 |

The Debtor's attorney, LAW OFFICE OF JOHN J LYNCH PC , was allowed $   3500.00
and was paid $   3500.00 .

The Trustee received $   1560.72 .

Refunds to the Debtor totaled $       .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.

```
Dated: 10/15/07                        /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```